IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| R.E., as Legal Guardian of A.B., a minor child, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION FILE NO. |
| LINCOLN HOTELS, LLC; DAYS INNS WORLDWIDE, INC.; and WYNDHAM HOTELS & RESORTS, INC., | ) ) ) ) ) | |
| Defendants. | ) | |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

(1) The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

- R.E., as Legal Guardian of A.B., a minor child

- Lincoln Hotels, LLC

- Days Inn Worldwide, Inc.

- Wyndham Hotels & Resorts, Inc.

1

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

- Law & Moran; Anderson, Tate & Carr, P.C.

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

Counsel for Plaintiff:        Peter A. Law
                              E. Michael Moran
                              Denise D. Hoying
                              Law & Moran
                              563 Spring Street
                              Atlanta, Georgia 30308
                              (404) 814-3700 (Telephone)
                              (404) 842-7710 (Fax)
                              pete@lawmoran.com
                              mike@lawmoran.com
                              denise@lawmoran.com

                              Patrick J. McDonough
                              Jonathan S. Tongue
                              Anderson, Tate & Carr, P.C.
                              One Sugarloaf Centre
                              1960 Satellite Boulevard, Suite 4000
                              Duluth, Georgia 30097
                              (770) 822-0900 (Telephone)
                              (770) 822-9680 (Fax)
                              pmcdonough@atclawfirm.com
                              jtonge@atclawfirm.com

2

This 12th day of August, 2020.

Respectfully submitted,

**LAW & MORAN**

/s/ Peter A. Law
Peter A. Law
Georgia Bar No. 439655
pete@lawmoran.com
E. Michael Moran
Georgia Bar No. 521602
mike@lawmoran.com
Denise D. Hoying
Georgia Bar No. 236494
denise@lawmoran.com
Attorneys for Plaintiff

563 Spring Street, NW
Atlanta, Georgia 30308
Phone: (404) 814-3700
Facsimile: (404) 842-7710

**ANDERSEN, TATE & CARR, P.C.**

/s/ Patrick J. McDonough
Patrick J. McDonough
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
Jonathan S. Tonge
Georgia Bar No. 303999
jtonge@atclawfirm.com
Attorneys for Plaintiff

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
Phone: (770) 822-0900
Facsimile: (770) 822-9680

## CERTIFICATE OF COMPLIANCE

This is to certify that the foregoing ***Plaintiffs Certificate of Interested Persons and Corporate Disclosure Statement*** has been prepared with one of the following font and point selections approved by the Court in LR 5.1., NDGA. Specifically, the above-mentioned pleading was prepared using Times New Roman font of 14 point size.

Respectfully submitted,

**LAW & MORAN**

/s/ Peter A. Law
Peter A. Law
Georgia Bar No. 439655
E. Michael Moran
Georgia Bar No. 521602
Denise D. Hoying
Georgia Bar No. 236494
*Attorneys for Plaintiff*

**LAW & MORAN**
563 Spring Street, NW
Atlanta, Georgia 30308
(404) 814-3700 (Telephone)
(404) 842-7710 (Fax)

4